■ DelVir, LLC, Appellant, v TRM Architecture, Design & Planning, P.C., Respondent. [979 NYS2d 913]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered October 10, 2011. The order denied the motion of plaintiff for, inter alia, summary judgment dismissing the counterclaims and declaring that defendant's mechanic's lien is void.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.